UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| QUINTON ALAME, Individually and on Behalf of All Others, ) ) ) Plaintiffs, ) ) v. ) ) MERGERS MARKETING, INC. ) d/b/a Background Screeners of America ) ) Defendant. ) | Case No.: JURY TRIAL DEMANDED |

## DEFENDANT MERGERS MARKETING, INC.'S NOTICE OF REMOVAL

Defendant Mergers Marketing, Inc. ("Mergers Marketing"), pursuant to 28 U.S.C. § 1441, removes to this Court the state action described below, which is within the original jurisdiction of this Court and properly removed under 28 U.S.C. Sections 1331, 1441, and 1446.

### PLAINTIFF'S COMPLAINT

1. This action was commenced by the filing of Plaintiff's Complaint on or about April 27, 2017 in the Circuit Court of Clinton County, State of Missouri, Case No. 17CN-CV00279.

2. In his Complaint, Quinton Alame (the "Named Plaintiff"), on behalf of himself and his proposed class, asserts a Fair Credit Reporting Act ("FCRA") Violation claim against Mergers Marketing. (*See* Complaint at Ex. A ¶¶ 39-45). The Fair Credit Reporting Act is a federal statute codified at 15 U.S.C. §§ 1681 et seq.

3. The claims arise from allegations that Mergers Marketing violated the FCRA by preparing and producing consumer reports containing inaccurate or misleading information regarding the Named Plaintiff and other members of the proposed class. (*See* Ex. A ¶¶ 25, 30, 40). Among other things, the Named Plaintiff seeks statutory damages, punitive damages, costs, and

attorneys' fees. (*See* Ex. A ¶¶ 43-45). The Complaint expressly asserts that Named Plaintiff intends to seek certification of the action as a class action. (*See* Ex. A ¶¶ 29-38).

4. As required under 28 U.S.C. § 1446(a), a copy of all process and proceedings received by Mergers Marketing is attached hereto as Exhibit B. No other process, pleadings, or orders have been served on Mergers Marketing.

## BASIS FOR REMOVAL

5. This Court has original jurisdiction over the FCRA Violation claim pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, the FCRA Violation claim falls within the FCRA which thus supplies this federal question.

## VENUE

6. Removal to this Court is proper under 28 U.S.C. § 1441(a) because Clinton County Circuit Court in the State of Missouri is geographically located within this judicial district. *See* 28 U.S.C. § 105; *see also* Local Rule 3.1(a)(2).

## TIMELY REMOVAL

9. Mergers Marketing was served on April 28, 2017. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days after receipt, through service or otherwise, of a summons and a copy of the initial pleading setting forth the claim for relief upon which action is based.

## NOTICE TO THE CLERK OF THE STATE COURT AND ADVERSE PARTIES

10. As required under 28 U.S.C. § 1446(d), Defendant is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Clinton County, Missouri and serving Named Plaintiff with the Notice of Removal.

11. By filing this Notice of Removal, Mergers Marketing does not waive any defenses which may be available to it.

## CONCLUSION

12.     For the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

WHEREFORE, Defendant Mergers Marketing, Inc. gives notice that the above-referenced action pending against it in the Circuit Court of Clinton County, Missouri is removed to this Court.

Respectfully submitted,

BROWN & JAMES, P.C.

/s/ *Todd A. Lubben*
Steven H. Schwartz,     #36436MO
sschwartz@bjpc.com
Todd A. Lubben,     #54746MO
tlubben@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 26th day of May, 2017.

The undersigned hereby certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 26th day of May, 2017, properly addressed as follows:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, Missouri 64454
*Attorneys for Plaintiff and the Proposed Class*

                BROWN & JAMES, P.C.

                /s/ *Todd A. Lubben*
                Steven H. Schwartz,   #36436MO
                sschwartz@bjpc.com
                Todd A. Lubben,    #54746MO
                tlubben@bjpc.com
                800 Market Street, 11th floor
                St. Louis, Missouri 63101
                314.421.3400
                Fax: 314.421.3128

                Attorneys for Defendant

13655689